# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: VIRGINIA HODGES  
840 HOVEY AVE.  
ROCKFORD, IL  61103

SSN-xxx-xx-7343

Case Number: 04-75161

Case filed on: 10/14/2004  
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $1,800.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY JEFFRY A DAHLBERG | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 219 | ECMC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | VIRGINIA HODGES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ANOINTED HELP MEDICAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | B-LINE LLC | 267.19 | 267.19 | 3.73 | 0.00 |
| 006 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD CLINIC | 135.01 | 135.01 | 1.88 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECMC | 22,482.07 | 22,482.07 | 314.01 | 0.00 |
| 011 | SOUTHWEST STUDENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NCM TRST | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 22,884.27 | 22,884.27 | 319.62 | 0.00 |
|  | Grand Total: | 24,248.27 | 24,248.27 | 1,683.62 | 0.00 |

Total Paid Claimant: $1,683.62  
Trustee Allowance: $116.38  
Percent Paid Unsecured: 1.40

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan